UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

PHILIP GIBSON                                CIVIL ACTION

VERSUS                                       NUMBER: 13-0463

MARLIN GUSMAN, ET AL.                        SECTION: "G"(5)


                    ORDER ON MOTION
                    DECEMBER 12, 2013

APPEARANCES:

MOTION:

(1)  Plaintiff's Motion for Sanctions (Rec. doc. 68).

_____ :     Continued to

_____ :     No opposition

_____ :     Opposition


                         ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

_____ :     Granted.

  1   :     Denied without prejudice.  Counsel has been appointed to
            represent plaintiff (rec. doc. 63) and plaintiff has no

right to hybrid representation.  <u>Tasby v. Estelle</u>, 47 F.3d 423 (5th Cir. 1994).

_____ : Other.

 

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE